USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/11/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FRONT ROW FUND I, L.P., in its own right and derivatively on behalf of CHOICEWORX, INC., a Delaware Corporation,

    Plaintiffs,

v.

SAMUEL GROSS, et al.,

    Defendant.

ECF Case

Case No: 1:23-cv-2255

**ORDER FOR**
**ALTERNATIVE SERVICE**

    **AND NOW**, this 11th day of July, 2023, upon consideration of Plaintiff's Motion for Alternative Service made pursuant to Fed.R.Civ.P. 4(f)(3) seeking leave to serve the Summons and Complaint in this matter upon Defendants Hands-Christian Boos ("Boos"); Aquilon Invest GMBH ("Aquilon"); Arago GMBH ("Arago"); and Ogara GMBH ("Ogara") (together, the "Foreign Defendants"), and it appearing that the Foreign Defendants are residents of Germany, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**. Plaintiff is authorized to serve the Summons and Complaint upon the Foreign Defendants as follows:

    1.    Plaintiff is authorized to serve the Summons and Complaint upon the Foreign Defendants via personal service upon Defendant Arago U.S. Inc., a Delaware corporation, at 41 East 11th Street, 11th Floor, New York NY, 10003 or such other registered address and/or principal place of business utilized by Arago U.S., Inc. in the United States;

    2.    Plaintiff is authorized to serve the Foreign Defendants via electronic mail directed to the following email addresses utilized by Defendant Boos, the Foreign Defendants' principal and/or owner: chris@hcboos.com and chris@arago.com;

3. Plaintiff shall also cause the Summons and Complaint to be served by Federal Express (or other comparable international courier) upon the law firm of **Taylor Wessing Partnerschaftsgesellschaft mbB** ("TW") directed to TW's office at Thurn-und-Taxis-Platz 6, 60313 Frankfurt am Main, Germany and to the attention of Ulf Gosejacob, the managing direct of TW's Frankfurt office; and

4. Plaintiff shall also cause the Summons and Complaint to be served by personal service upon TW's New York office located at 41 Madison Avenue, 31st Floor, New York, NY 10010.

5. Plaintiff shall file Proof of Service consistent with this Order in accordance with the Federal Rules of Civil Procedure.

**SO ORDERED.**

Dated: July 11, 2023
   New York, New York

_____
JAMES L. COTT
United States Magistrate Judge