RONALD A. GILLER
RGILLER@GRSM.COM

Admitted In:  NY, NJ and PA



GORDON&REES
SCULLY MANSUKHANI
YOUR 50 STATE PARTNER™

ATTORNEYS AT LAW
ONE BATTERY PARK PLAZA, FLOOR 28
NEW YORK, NY 10004
WWW.GRSM.COM

October 13, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/2023

<u>VIA ECF</u>

Judge Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007

Re:  *Front Row Fund I, L.P. v. Samuel Gross, et al.*
<u>Case No.: 1:23-cv-02255-JHR</u>

Dear Judge Rearden:

This firm represents Defendant Samuel Gross ("Gross").  Gross has discussed the pending motion with counsel for plaintiff Front Row Fund I, L.P. and hereby requests to withdraw the Motion to Dismiss the Amended Complaint filed on March 21, 2019.  ECF Doc. No. 79.  Gross will submit its answer on or before November 3, 2023.  Plaintiff's counsel consents to both the withdrawal of the motion to dismiss and then extension to file Gross' answer.

We thank Your Honor for Your attention and consideration of this request.

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Ronald. Giller*

Ronald A. Giller, Esq.

CC:    All Counsel of Record (*via* ECF)

Application GRANTED.  Defendant Gross shall submit his answer by November 3, 2023.  The Clerk of Court is directed to terminated ECF Nos. 46 and 79.

SO ORDERED.

*[signature: Jennifer H. Rearden]*

Jennifer H. Rearden, U.S.D.J.
Date: Oct. 18, 2023