USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRONT ROW FUND I, L.P.,

          Plaintiff,

-v-

SAMUEL GROSS, *et al.*,

          Defendants.

**ORDER**

23-CV-2255 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

As discussed at today's conference, expert discovery will proceed as follows:

- Expert reports will be exchanged by **September 30, 2025**.
- The parties will submit a joint status report by **October 20, 2025**.
- Rebuttal reports will be exchanged by **November 11, 2025**.
- Expert depositions will be completed by **December 11, 2025**.

**SO ORDERED.**

Dated: August 20, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1