USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRONT ROW FUND I, L.P.,

              Plaintiff,

-v-

SAMUEL GROSS, *et al.*,

              Defendants.

**ORDER**

23-CV-2255 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Parties' October 20, 2025 joint status report. ECF No. 155. In light of the update provided by the Parties, the Court will extend the discovery deadlines included in the order at ECF No. 154 as follows:

- Expert rebuttal reports are due on **December 11, 2025;**
- Expert depositions will be completed by **January 12, 2026.**

Additionally, the Parties are directed to file a further joint status report on **November 4, 2025.**

SO ORDERED.

Dated: October 21, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1