UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRONT ROW FUND I, L.P.,

                Plaintiff,

    -v-

SAMUEL GROSS, *et al.*,

                Defendants.

**ORDER**

23-CV-2255 (JHR) (HJR)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/2025

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of the Parties' November 10, 2025 joint status report. ECF No. 157. The Parties are directed to file a further joint status report on **November 24, 2025**. The Parties are reminded that all case deadlines remain in place.

**SO ORDERED.**

Dated: November 10, 2025
       New York, New York

                                            Henry J. Ricardo
                                            United States Magistrate Judge