UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRONT ROW FUND I, L.P.,

                Plaintiff,

    -v-

SAMUEL GROSS, *et al.*,

             Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/2025

**ORDER**

23-CV-2255 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of the Parties' November 25, 2025 joint status report. ECF No. 159. The Parties are directed to file a further joint status report on **December 4, 2025**. The Parties are reminded that all case deadlines set forth in ECF No. 156 remain in place.

**SO ORDERED.**

Dated: November 26, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge