UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/2025

FRONT ROW FUND I, L.P.,

                Plaintiff,

       -v-

SAMUEL GROSS, *et al.*,

             Defendants.

**ORDER**

23-CV-2255 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's December 5, 2025 status report, ECF No. 161. The Parties are reminded that the deadlines established in the undersigned's October 21, 2025 order, ECF No. 156, remain in place. The Parties are directed to file a further joint status report by **December 15, 2025**.

**SO ORDERED.**

Dated: December 8, 2025
     New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge