UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRONT ROW FUND I, L.P.,

                    Plaintiff,

        -v-

SAMUEL GROSS, *et al.*,

                 Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/2025

**ORDER**

23-CV-2255 (JHR) (HJR)

---

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's December 15, 2025 letter motion, ECF No. 164, requesting leave to file two exhibits under seal. Plaintiff is directed to email the exhibits to RicardoNYSDChambers@nysd.uscourts.gov, copying all counsel, pursuant to Rule II(G)(4) of the undersigned's Individual Rules and Practices for Civil Cases.

**SO ORDERED.**

Dated: December 16, 2025
     New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge