UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRONT ROW FUND I, L.P.,

                    Plaintiff,

          -v-

SAMUEL GROSS, *et al.*,

                    Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/2025
```

**ORDER**

23-CV-2255 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By order of the Court dated December 8, 2025, ECF No. 162, the Parties were instructed to file a joint status report by December 15, 2025. To date, no report has been filed. The Court *sua sponte* extends the deadline to submit a status report to **December 23, 2025.**

**SO ORDERED.**

Dated: December 19, 2025
      New York, New York

                                     _____
                                     Henry J. Ricardo
                                     United States Magistrate Judge

1