UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

> FRONT ROW FUND I, L.P.,
>
>     Plaintiff,
>
>     -v-
>
> SAMUEL GROSS, *et al.*,
>
>     Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/2025

**ORDER**

23-CV-2255 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On December 15, 2025, Plaintiff filed a letter motion, ECF No. 164 (the "Letter Motion"), requesting to file under seal two exhibits in connection with Plaintiff's Motion for Preliminary Approval of Partial Derivative Settlement with Defendant Samuel Gross. Plaintiff has sufficiently demonstrated that the sealing request is narrowly tailored and consistent with the presumption in favor of public access to judicial documents. *See, e.g., Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006). Therefore, the Letter Motion is **GRANTED**. Plaintiff is directed to file the two exhibits under seal.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 164 as **GRANTED**.

**SO ORDERED.**

Dated: December 19, 2025
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1