UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRONT ROW FUND I, L.P.,

                              Plaintiff,

        -v-

SAMUEL GROSS, *et al.*,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/2025

**ORDER**

23-CV-2255 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

   The Court is in receipt of Plaintiff's December 23, 2025 status report, ECF No. 169, which recites what is on the docket in this matter. Pursuant to the undersigned's orders at ECF Nos. 162 and 166, the Parties were directed to file a *joint* status report. By **January 5, 2026** the Parties shall file a *joint* status report describing their progress toward complying with the January 12, 2026 expert deposition deadline. *See* ECF No. 156.

**SO ORDERED.**

Dated: December 29, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge