UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/2026
```

FRONT ROW FUND I, L.P.,

      Plaintiff,

   -v-

SAMUEL GROSS, *et al.*,

      Defendants.

**ORDER**

23-CV-2255 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Parties' January 5, 2026 joint status report, ECF No. 171, wherein the Parties request that the Court stay all pre-trial deadlines pending consideration of the motion to approve settlement, ECF No. 163. The settlement appears to include only one defendant, Samuel Gross. As far as the docket reflects, the other defendants named in the Amended Complaint, ECF No. 78, have not appeared. The Parties are therefore instructed to file a further joint letter by **January 13, 2026** clarifying whether there are any defendants who have appeared in the case but are not part of the settlement and, if there are any such defendants, why discovery is not proceeding as to them.

**SO ORDERED.**

Dated: January 6, 2026
   New York, New York

           _____
           Henry J. Ricardo
           United States Magistrate Judge

1