UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRONT ROW FUND I, L.P.,

                                        Plaintiff,

                    -v.-

SAMUEL GROSS et al.,

                                        Defendants.

23 Civ. 2255 (JHR) (HJR)

ORDER

JENNIFER H. REARDEN, District Judge:

The Court commends and congratulates the parties on reaching a partial derivative settlement with Defendant Samuel Gross. ECF No. 163. In an effort to achieve a faster disposition of this matter, to conserve resources, and to promote judicial efficiency, it is hereby ORDERED that the parties discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the designated Magistrate Judge.

If the parties consent to proceeding before the Magistrate Judge, Plaintiff must, **by January 20, 2026**, file on ECF a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form (available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf). The executed form should be filed using the "Proposed Consent to Jurisdiction by US Magistrate Judge" filing event in accordance with ECF Rule 13.27. If the Court approves that form, then all further proceedings will be conducted before the designated Magistrate Judge.

If any party does not consent to conducting all further proceedings before the designated Magistrate Judge, then the parties must file a joint letter, **by January 20, 2026**, informing the Court that the parties do not consent, but without disclosing the identity of the party or parties who do not consent. The parties are free to withhold consent without negative consequences.

SO ORDERED.

Dated: January 6, 2026
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge