USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____________
DATE FILED: 11/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONT ROW FUND I, L.P.,<br><br>Plaintiff,<br><br>-v-<br><br>SAMUEL GROSS, *et al.*,<br><br>Defendants. | **ORDER**<br><br>23-CV-2255 (JHR) (HJR) |

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Declaration of Ely Goldin, ECF No. 186 (the "Declaration"). The Declaration states that, due to a technical oversight, the initial mailing to shareholders was flawed and corrected two days later. In light of this representation, the deadline for shareholders to file objections to the proposed settlement is extended to **December 21, 2026**. Any reply papers in response to objections shall be filed by **December 28, 2026**. Plaintiff Front Row Fund I, L.P. shall send a copy of this Order to shareholders.

**SO ORDERED.**

Dated: November 23, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge